JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
Megan Knight ;
**County of Residence:** Greene County

**Defendant(s):**
First Listed Defendant:
The ARC of the Ozarks ;
**County of Residence:** Greene County

**County Where Claim For Relief Arose:** Andrew County

**Plaintiff's Attorney(s):**
Raymond Lampert (Megan Knight)
Lampert Law Office, LLC
2847 S. Ingram Mill Rd. Ste. A-100
Springfield, Missouri 65804
**Phone:** 417-886-3330
**Fax:**
**Email:** ray@lampertlaw.net

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
  **Plaintiff:** N/A
  **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 445 Americans With Disabilities Act - Employement
**Cause of Action:** Employment Discrimination under the Americans with Disabilities Act
**Requested in Complaint**
  **Class Action:** Not filed as a Class Action
  **Monetary Demand (in Thousands):** 1000000
  **Jury Demand:** Yes
  **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Raymond Lampert

Case 6:25-cv-03088-BCW    Document 1-1    Filed 04/11/25    Page 1 of 2

**Date:** 4/11/25

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.