

MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION**

Enter Charge Number
☐ FEPA
☐ EEOC

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Ms. Megan Knight | Date of Birth 12/10/1995 | Home Telephone No. (Include Area Code) (417) 366-0017 |
|---|---|---|
| Street Address 101 Canon Ave. | City, State and Zip Code Clever, MO 65631 | County Christian |

**Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me** *(if more than one list below).*

| Name The Arc of the Ozarks | No. of Employees/Members >1000 | Telephone No. (Include Area Code) (417) 864-7887 |
|---|---|---|
| Street Address 1501 E. Pythian St. | City, State and Zip Code Springfield, MO 65802 | |
| Name | No. of Employees/Members | Telephone No. (Include Area Code) |
| Street Address | City, State and Zip Code | |

Cause of Discrimination based on *(Check appropriate box(es))*
☐ Race ☐ Color ☐ Sex
☐ National Origin ☐ Religion ☐ Age
☒ Disability ☐ Retaliation ☒ Other *(Specify)* Perceived Disability

Date Discrimination took Place *(Month, Day, Year)*
1/15/2025
☐ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*

I was hired by The Arc of the Ozarks as a behavioral support professional beginning in February 2020. In early January 2025 I was promoted to a behavior technician supervisor.

On January 15, 2025 my employment was terminated by Kelly Sikes, the Counterpoint Director. She told me that I was being terminated because two days previously the Arc had received court documents stating that I was going to be put on the family care safety registry, and that they had seen court documents about my mental health and alleged child abuse. I was never shown any of these court documents. In April 2023 my ex-boyfriend had falsely accused me of child abuse. There was no evidence to support his false accusations. I had my attorney send the Arc a letter showing that I was not on the registry and had no criminal charges against me.

On January 21 I spoke with Melissa West, my former program supervisor. She told me that I had been terminated due to concerns over my mental health. I do not have any mental health condition that would impair my ability to perform my job, and both Melissa and Kelly knew or should have known that. I had never been written up or disciplined or even had my mental health or ability to perform the job questioned.

I believe that The Arc wrongfully believed that I had a disability or mental illness and terminated me based on that wrongful belief. I am requesting damages for front and back pay, emotional distress, punitive damages, attorney fees, costs, and such other relief as is just and lawful.

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

**NOTARY** – *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

x *megan knight*  1-28-25
Charging Party (Signature)   Date

X _____
Signature of Complainant

Subscribed and sworn to before me this date (Day, month and Year)

**PLAINTIFF'S EXHIBIT 1**

Case 6:25-cv-03088-BCW   Document 1-2   Filed 04/11/25   Page 1 of 1